IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICARDO DUNCAN,**

    **Petitioner,**

**v.**                                                                                    **Case No. 1:21-cv-7-AW-ZCB**

**SECRETARY, FLORIDA**
**DEPARTMENT OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Ricardo Duncan sought § 2254 relief. The magistrate judge issued a comprehensive report and recommendation, concluding Duncan is not entitled to relief. ECF No. 20. There was no objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on February 16, 2024.

                                                                  s/ *Allen Winsor*
                                                                   United States District Judge